**Order filed, January 29, 2015.**



**In The**

# Court of Appeals
### For The
# First District of Texas

_____

### NO. 01-15-00062-CR

**JOHN DANIEL BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Case 330063**

---

### ORDER

The reporter's record in this case was due January 19, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Rebeca Huddle
    Acting individually